JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHING CHUAN MENG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE INDEMNITY COMPANY; DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-09767-RGK-KS<br><br>The Hon. R. Gary Klausner<br>Courtroom 850<br><br>[PROPOSED]<br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**  [18]<br><br>Complaint Filed: March 25, 2021 |

1   Pending before the Court is a joint motion to dismiss this action with
2   prejudice. Good cause appearing, the Court **GRANTS** the joint motion and
3   **DISMISSES** this case **WITH PREJUDICE**.

5   **IT IS SO ORDERED**.

Dated: 5/16/2022

*Gary Klausner*
Hon. R. Gary Klausner
United States District Judge